# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #
Date Filed:
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff             **SCHEDULING ORDER**

   -against-                              20 CR 253 (NSR)

Nadia Maqsood

              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Plea Hearing for May 14, 2020 at 2:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: May 12, 2020
         White Plains, New York

                                      SO ORDERED:

                                      s/        PED

                                      PAUL E. DAVISON
                                      United States Magistrate Judge