UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**Court Exhibit # 1**

UNITED STATES OF AMERICA,

-against-

Nadia Maqsood

                                                Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 253    ( NSR )

Defendant ____Nadia Maqsood_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Plea Hearing

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Benjamin R. Allee
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/14/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge