UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                         Plaintiff,                  **MEMORANDUM**

     -against-                               20 Cr. 253 (NSR)


NADIA MAQSOOD,

                        Defendant.
-------------------------------------------------------------x

TO:  Nelson S. Roman, United States District Judge:

      Please find attached a transcript of the May 14, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: May 22, 2020
       White Plains, New York

                                                    Respectfully Submitted,

                                                    s/ Paul E. Davison

                                                    _____

                                                    PAUL E. DAVISON

                                                    United States Magistrate Judge