**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

September 1, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   **United States v. Azeem Arif**
      **20 Cr. 253 (NSR)**

Dear Judge Román:

I am writing, with the consent of the Government, to request that Mr. Arif's sentencing, presently scheduled for September 17, 2020, be adjourned to the first available date on which the parties can appear in person rather than via teleconference. Mr. Allee joins in this application on behalf of Ms. Maqsood.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/kvm

cc:   AUSA Courtney Heavey (via e-mail)
      Benjamin Allee, Esq. (Via e-mail)

---

Request to adjourn both Defendants' sentencings, currently scheduled for September 17, 2020, is granted without objection from the Government. Defendant Nadia Maqsood's (01) Sentencing is adjourned until Oct. 7, 2020 at 10:00 am. Defendant Azeem Arif's (02) Sentencing is adjourned until Oct. 7, 2020 at 10:45 am. Clerk of the Court requested to terminate the motion (doc. 57).

Dated: Sept. 2, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020