UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

NADIA MAQSOOD,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

20 Cr. 253 (NSR) -01

        WHEREAS, on or about April 22, 2020, NADIA MAQSOOD (the "Defendant"), and another, were charged in a one-count Information 20 Cr. 253 (NSR) (the "Information") with conspiracy to commit mail and wire fraud, in violation, of Title 18, United Stated Code, Section 371 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about May 13, 2020, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c): (i) a sum of money in United States currency representing

the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $68,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with Co-Defendant Azeem Arif, to the extent a forfeiture money judgement is entered against Arif; and;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney Courtney L. Heavey of counsel, and the Defendant, and her counsel, Benjamin Allee, Esq., that:

1. As a result of the offenses charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $68,000 in United States currency (the "Money Judgment"), representing the proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant for which the Defendant is jointly and severally liable with Co-Defendant Azeem Arif, to the extent a forfeiture money judgement is entered against Arif.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Money Judgment is final as to the defendant,

NADIA MAQSOOD, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture as to Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. The signature page of this Consent Preliminary Order of Forfeiture as to Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____ _____
    Courtney L. Heavey     DATE
    United States District Courthouse
    300 Quarropas Street
    White Plains, New York 10601
    Assistant United States Attorney
    (914) 993-1927

NADIA MAQSOOD

By: /s/ Nadia Maqsood     10/25/2020
    NADIA MAQSOOD     DATE

By: /s/ Benjamin Allee     10/26/2020
    Benjamin Allee, Esq.     DATE
    Yankwitt LLP
    140 Grand Street, Suite 705
    White Plains, NY 10601

SO ORDERED:

    --- SEE NEXT PAGE ---

_____ _____
HONORABLE NELSON S. ROMAN     DATE
UNITED STATES DISTRICT JUDGE

8. The signature page of this Consent Preliminary Order of Forfeiture as to Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Courtney Heavey*            10/09/20
    Courtney L. Heavey               DATE
    United States District Courthouse
    300 Quarropas Street
    White Plains, New York 10601
    Assistant United States Attorney
    (914) 993-1927


NADIA MAQSOOD

By: _____      _____
    NADIA MAQSOOD                         DATE


By: _____      _____
    Benjamin Allee, Esq.                     DATE
    Yankwitt LLP
    140 Grand Street, Suite 705
    White Plains, NY 10601

SO ORDERED:

_____      11/16/2020
HONORABLE NELSON S. ROMAN      DATE
UNITED STATES DISTRICT JUDGE